**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

David J. Gazinski, et al.,

Plaintiffs,

v.

Delivery Financial Services LLC,

Defendant.

No. CV-15-01402-PHX-SMM

**ORDER**

Pending before the Court is the parties' Notice of Settlement (Doc. 40.) The parties have notified the Court that they have reached a settlement in the above-entitled matter.

**IT IS HEREBY ORDERED GRANTING** the parties' Notice of Settlement. (Doc. 40.)

**IT IS FURTHER ORDERED** that the parties have until **Friday, August 19, 2016** to file a stipulation for dismissal of this action signed by the parties. In the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **Monday, August 29, 2016 at 2:00 p.m.** The status hearing will be vacated upon the parties filing an appropriate stipulation for dismissal.

Dated this 18th day of July, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge