IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David J Gazinski, et al., | No. CV-15-01402-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Delivery Financial Services LLC, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation to Dismiss. (Doc. 42.) The parties agree and stipulate to dismissal of this action with prejudice. Accordingly,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Dismiss. (Doc. 42.) This action is dismissed with prejudice. All upcoming hearings are vacated and all pending motions are terminated as moot. The Clerk of Court is directed to terminate this case.

Dated this 3rd day of August, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge